# IN THE SUPREME COURT OF THE STATE OF NEVADA

GLEN J. LERNER, ESQ.,
Petitioner,
vs.
DAVID R. FISCHER, CHAIR
SOUTHERN NEVADA DISCIPLINARY
HEARING PANEL,
Respondent,
and
THE STATE BAR OF NEVADA,
Real Party in Interest.

No. 72919

**FILED**

FEB 09 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges the Southern Nevada Disciplinary Board Hearing Panel Chairman's decision to deny petitioner's motion to dismiss the disciplinary complaint filed against him.

Having considered the petition, answer, and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *cf. Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008) (acknowledging that this court will generally not grant petitions for extraordinary relief challenging the denial of a dismissal motion because the petitioner has an adequate and speedy legal remedy in the form of an appeal from the final judgment). As petitioner has an adequate legal

18- 05456

remedy available through the automatic review process in which he may challenge any disciplinary recommendation by the panel before this court, SCR 105(3)(b); *see, e.g., Pan*, 120 Nev. at 224, 88 P.3d at 841, we

ORDER the petition DENIED.[1]

_____, C.J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Glen J. Lerner & Associates
     Campbell & Williams
     Christiansen Law Offices
     State Bar of Nevada/Las Vegas

_____

[1]The Honorable Kristina Pickering, Justice, voluntarily recused herself from participation in the decision of this matter.